JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANAVISION INTERNATIONAL, L.P., | Case No. CV 11-03962 DMG (JCGx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CINE PHOTO TECH, INC., | |
| Defendant. | |

Pursuant to the Court's Order Granting Plaintiff's Motion for Summary Judgment, entered concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Plaintiff Panavision International, L.P. and against Defendant Cine Photo Tech, Inc., in the total amount of $688,242.56, consisting of $565,370.37 in damages and $122,872.19 in accrued interest.

**IT IS SO ORDERED**.

DATED:   February 15, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE